Rcv'd by: _____

USDC- BALTIMORE
'24 JUN 17 AM 10:50

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. MJM-21-470 |
| NICHELLE HENSON | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### Objections to Government Verdict Form

The defendant objects strenuously to the government's proposed verdict form. **The government's proposed verdict form is a glaring attempt to railroad this jury into a conviction!** It denies the defendant, the fundamental right to a fair trial.

This form, with its stark "guilty" or "not guilty" options, disregards the fundamental principle of our justice system: the presumption of innocence.

This form is a **blank check** for the government. It offers the jury **no guidance** on the elements the prosecution must prove beyond a reasonable doubt for each charge. Are they even sure what those elements are? **Shouldn't the jury be clear on what the government needs to show to take away Nichelle Henson freedom?**

**The government's form is akin to a multiple-choice test with only one passing grade.** It fails to ensure the jury grasps the essential elements the prosecution must prove beyond a reasonable doubt for each charge: bank fraud and false statements. Without clear guidance on these

1

elements, the jury is left to guess at the necessary standard, potentially convicting Nichelle Henson based on misunderstanding or incomplete information.

This form also fails to ensure the jury's **certainty**. Where's the option for jurors who have doubts? The government wants a quick "guilty" or "not guilty," not a thoughtful examination of the evidence. **Shouldn't jurors be absolutely sure before convicting someone?**

**Furthermore, the form lacks any mechanism to confirm the jury's certainty.** A jury verdict is a momentous decision, one that should not be rushed or taken lightly. The absence of a "question of doubt" element deprives Nichelle Henson of a crucial safeguard. Jurors with lingering doubts may be pressured to convict simply because there's no option to express their hesitation.

This one-sided approach prioritizes speed and a conviction over a fair and just outcome. The government's eagerness to secure a verdict at any cost is deeply concerning.

This is not about finding the truth; it's about a **win for the government at all costs**. **The defendant demands a fair and balanced verdict form!**

**Therefore, the defense proposes the attached verdict form that respects the jury's role. It ensures they understand their responsibility and have the tools to deliver a just verdict. Only with this level of clarity can the defendant have a fair trial. This revised form includes:**

1. **Clear definitions of the elements the government must prove for each charge (bank fraud and false statements).**
2. **Separate sections for each charge to avoid confusion.**

3. A "beyond a reasonable doubt" standard for each element, reminding jurors of the high burden the prosecution bears.
4. A "not guilty due to reasonable doubt" option, acknowledging the jury's right to acquit if unsure.

**This form fosters a thorough understanding of the case and a well-considered verdict. It levels the playing field, giving both the government and the defendant a fair chance.**

The defendant moves to preserve her right to lodge further objections with respect to the proposed verdict form. The defense reserves its right to be heard on the verdict form.

*[signature]*