# Proposed Verdict Sheet

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | * |
| | * |
| | * |
| **V.** | *     **Criminal No. MJM-21-470** |
| | * |
| **NICHELLE HENSON** | * |
| | * |
| | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Verdict Form

**Charges:**

Bank Fraud (18 U.S.C. § 1344)

False Statement to a Bank (18 U.S.C. § 1014)

**Instructions:**

The jury must reach a unanimous verdict on each charge. Please consider the following questions for each charge and circle your verdict. After reaching a verdict on all charges, please return this form to the court clerk.

Please consider each charge separately and reach a verdict based on the evidence presented at trial. The government has the burden of proving the defendant guilty beyond a reasonable doubt on each charge. This is the highest standard of proof in the criminal justice system.

1

A reasonable doubt is a doubt that is based on reason and common sense. It is not a mere guess or hunch.

The Defendant, acting as their own attorney (pro se), does not have the same legal training as a professional lawyer. You may consider this when evaluating the evidence presented.

This means that after considering all the evidence, you must be firmly convinced of the defendant's guilt. If you are not convinced, or if there is any reasonable doubt about the defendant's guilt, you must find the defendant not guilty. If you find the Defendant not guilty on any or all charges, you are not required to explain your verdict.

## Charges 1-6: False Statement

### CHARGE ONE: False statement to a bank

### April 14, 2020 EIDL Application for Your Friendly Tax Preparation Services LLC

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **NICHELLE HENSON**, knowingly made a false statement to a bank for the purpose of influencing the bank's action?

Yes * No

### Understanding Your Verdict on Charge 1:

In order to find the Defendant guilty of False Statement to a Bank, the United States must have proven all of the following elements beyond a reasonable doubt:

1. The Defendant made a false statement to a bank.

2. The statement was material, meaning it could have influenced the bank's decision.

3. The Defendant made the statement knowingly and willfully.

2

4.  The statement related to a loan or other credit.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 1: False Statements to a bank**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly made a false statement to a bank beyond a reasonable doubt?

**Yes**

**No**

**If you answered "Yes" to Charge 1, please answer the following question:**

Are you sure about your decision?

**Yes**

**No**

**If you answered "No," please explain your doubt briefly. _____**

**CHARGE TWO: False Statements to a bank**

**June 19, 2020 EIDL Application for One Stop for Services LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **NICHELLE HENSON**, knowingly made a false statement to a bank for the purpose of influencing the bank's action?

**Yes * No**

**Understanding Your Verdict on Charge 2:**

In order to find the Defendant guilty of False Statement to a Bank, the United States must have proven all of the following elements beyond a reasonable doubt:

1. The Defendant made a false statement to a bank.

2. The statement was material, meaning it could have influenced the bank's decision.

3. The Defendant made the statement knowingly and willfully.

4. The statement related to a loan or other credit.

**If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.**

**Verdict**

**Charge 2: False Statements to a bank**

Guilty * Not Guilty * Acquitted

Are you sure the Defendant knowingly made a false statement to a bank beyond a reasonable doubt?

**Yes**

**No**

**If you answered "Yes" to Charge 2, please answer the following question:**

Are you sure about your decision?

**Yes**

**No**

**If you answered "No," please explain your doubt briefly.** _____

**CHARGE THREE: False statement to a bank**

**June 19, 2020 EIDL Application for Nichelle Henson Campaign LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant,

**NICHELLE HENSON,** knowingly made a false statement to a bank for the purpose of

influencing the bank's action?

Yes * No

**Understanding Your Verdict on Charge 3:**

In order to find the Defendant guilty of False Statement to a Bank, the United States must have

proven all of the following elements beyond a reasonable doubt:

1. The Defendant made a false statement to a bank.
2. The statement was material, meaning it could have influenced the bank's decision.
3. The Defendant made the statement knowingly and willfully.
4. The statement related to a loan or other credit.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 3: False Statements to a bank**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly made a false statement to a bank beyond a reasonable doubt?

**Yes**

**No**

**If you answered "Yes" to Charge 3, please answer the following question:**

Are you sure about your decision?

**Yes**

**No**

**If you answered "No," please explain your doubt briefly.** _____

**CHARGE FOUR: False statement to a bank**

**June 19, 2020 EIDL Application for Peace of Mind Services Inc.**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **NICHELLE HENSON**, knowingly made a false statement to a bank for the purpose of influencing the bank's action?

Yes * No

**Understanding Your Verdict on Charge 4:**

In order to find the Defendant guilty of False Statement to a Bank, the United States must have proven all of the following elements beyond a reasonable doubt:

1. The Defendant made a false statement to a bank.
2. The statement was material, meaning it could have influenced the bank's decision.
3. The Defendant made the statement knowingly and willfully.
4. The statement related to a loan or other credit.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 4: False Statements to a bank**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly made a false statement to a bank beyond a reasonable doubt?

**Yes**

**No**

**If you answered "Yes" to Charge 4, please answer the following question:**

Are you sure about your decision?

**Yes**

**No**

If you answered "No," please explain your doubt briefly. _____

**CHARGE FIVE: False statement to a bank**

**April 7, 2021 EIDL Application for Nichelle Henson Campaign LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **NICHELLE HENSON**, knowingly made a false statement to a bank for the purpose of influencing the bank's action?

Yes * No

**Understanding Your Verdict on Charge 5:**

In order to find the Defendant guilty of False Statement to a Bank, the United States must have proven all of the following elements beyond a reasonable doubt:

1. The Defendant made a false statement to a bank.
2. The statement was material, meaning it could have influenced the bank's decision.
3. The Defendant made the statement knowingly and willfully.
4. The statement related to a loan or other credit.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 5: False Statements to a bank**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly made a false statement to a bank beyond a reasonable doubt?

**Yes**

**No**

**If you answered "Yes" to Charge 5, please answer the following question:**

Are you sure about your decision?

**Yes**

**No**

**If you answered "No," please explain your doubt briefly.** _____

**CHARGE SIX: False statement to a bank**

**April 7, 2021 EIDL Application for Your Friendly Tax Preparation Services LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **NICHELLE HENSON**, knowingly made a false statement to a bank for the purpose of influencing the bank's action?

Yes * No

**Understanding Your Verdict on Charge 6:**

In order to find the Defendant guilty of False Statement to a Bank, the United States must have proven all of the following elements beyond a reasonable doubt:

1. The Defendant made a false statement to a bank.

9

2. The statement was material, meaning it could have influenced the bank's decision.

3. The Defendant made the statement knowingly and willfully.

4. The statement related to a loan or other credit.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 6: False Statements to a bank**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly made a false statement to a bank beyond a reasonable doubt?

**Yes**

**No**

**If you answered "Yes" to Charge 6, please answer the following question:**

Are you sure about your decision?

**Yes**

**No**

**If you answered "No," please explain your doubt briefly. _____**

## Charges 7-12: Bank Fraud

**CHARGE SEVEN: Bank Fraud**

**April 30, 2020 PPP Loan Application for Your Friendly Tax Preparation Services LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant,

**Nichelle Henson**, knowingly executed or attempted to execute a scheme to defraud a financial

institution?

**Yes * No**

Understanding Your Verdict on Charge 7: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of

the following elements beyond a reasonable doubt:

1. A scheme to defraud a financial institution.

2. The Defendant knowingly participated in the scheme.

3. The Defendant's participation in the scheme intended to or potentially could have
   resulted in a financial loss to the institution.

4. Engaged in a scheme to defraud a financial institution.

5. Did so with the intent to deceive.

6. Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 7: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

**Yes**

**No**

**If you answered "Yes" to Charge 7, please answer the following question:**

Are you sure about your decision?

**Yes**

**No**

**If you answered "No," please explain your doubt briefly.** _____

**CHARGE EIGHT: Bank Fraud**

**May 10, 2020 PPP Loan Application for Nichelle Henson Campaign LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial institution?

Yes * No

Understanding Your Verdict on Charge 8: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 8: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 8, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE NINE: Bank Fraud**

**May 14, 2020 PPP Loan Application for One Stop for Services LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant,

**Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial

institution?

Yes * No

Understanding Your Verdict on Charge 9: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of

the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have

resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.    Did so with the intent to deceive.

6.    Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 9: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 9, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE TEN: Bank Fraud**

**June 20, 2020 PPP Loan Application for Peace of Mind Services Inc.**

Do you find the United States has proven beyond a reasonable doubt that the Defendant,

**Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial

institution?

Yes * No

Understanding Your Verdict on Charge 10: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of

the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have

resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 10: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 10, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE ELEVEN: Bank Fraud**

**June 23, 2020 PPP Loan Application for Women Entrepreneurs Can Succeed LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial institution?

Yes * No

Understanding Your Verdict on Charge 11: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 11: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 11, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE TWELVE: Bank Fraud**

**June 23, 2020 PPP Loan Application for Women Entrepreneurs Can Succeed LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant,

**Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial

institution?

Yes * No

Understanding Your Verdict on Charge 12: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of

the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have

resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

19

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 12: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 12, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

### Charges 13-18: Bank Fraud (Second Draw PPP Loans)

**CHARGE THIRTEEN: Bank Fraud**

**January 19, 2021 PPP Loan Application for Your Friendly Tax Preparation Services LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial institution?

Yes * No

Understanding Your Verdict on Charge 13: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 13: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 13, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE FOURTEEN: Bank Fraud**

**January 19, 2021 PPP Loan Application for Nichelle Henson Campaign LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial institution?

Yes * No

Understanding Your Verdict on Charge 14: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 14: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 14, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE FIFTHTEEN: Bank Fraud**

**January 19, 2021 PPP Loan Application for One Stop for Services LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant,

**Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial

institution?

Yes * No

Understanding Your Verdict on Charge 15: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of

the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have

resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 15: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 15, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE SIXTEEN: Bank Fraud**

**January 19, 2021 PPP Loan Application for Peace of Mind Services Inc.**

Do you find the United States has proven beyond a reasonable doubt that the Defendant,

**Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial

institution?

Yes * No

Understanding Your Verdict on Charge 16: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of

the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have

resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 16: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 16, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE SEVENTEEN: Bank Fraud**

**January 19, 2021 PPP Loan Application for Women Entrepreneurs Can Succeed LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial institution?

Yes * No

Understanding Your Verdict on Charge 17: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 17: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 17, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____

**CHARGE EIGHTEEN: Bank Fraud**

**January 19, 2021 PPP Loan Application for Crowns Construction LLC**

Do you find the United States has proven beyond a reasonable doubt that the Defendant, **Nichelle Henson,** knowingly executed or attempted to execute a scheme to defraud a financial institution?

Yes * No

Understanding Your Verdict on Charge 18: Bank Fraud

In order to find the Defendant guilty of Bank Fraud, the United States must have proven all of the following elements beyond a reasonable doubt:

1.      A scheme to defraud a financial institution.

2.      The Defendant knowingly participated in the scheme.

3.      The Defendant's participation in the scheme intended to or potentially could have resulted in a financial loss to the institution.

4.      Engaged in a scheme to defraud a financial institution.

5.      Did so with the intent to deceive.

6.      Materially affected the financial institution.

If you are unsure about any of these elements, you must find the Defendant NOT GUILTY.

**Verdict**

**Charge 18: Bank Fraud**

**Guilty * Not Guilty * Acquitted**

Are you sure the Defendant knowingly participated in a scheme to defraud a bank beyond a reasonable doubt?

Yes

No

If you answered "Yes" to Charge 18, please answer the following question:

Are you sure about your decision?

Yes

No

If you answered "No," please explain your doubt briefly. _____