CASE NUMBER: MJM-21-0470
CASE NAME: USA v. Nichelle Henson

WE HAVE REACHED A VERDICT

JUROR NUMBER: #1

DATE: 3/12/2025
TIME: 11:02 AM

For Court Use Only:
Recv'd by: M. Maideis
DATE: 3/12/2025   TIME: 11:07 am
Court Exhibit #: 2

Jury Note (Rev. 2/2009)