

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul Riley*  
*Assistant United States Attorney*  
*Paul.Riley@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4959*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3091*

April 3, 2025

**BY ECF**

The Honorable Matthew J. Maddox  
United States District Judge  
United States Courthouse  
101 West Lombard Street  
Baltimore, MD 21201

Re:   *United States v. Nichelle Henson*, MJM-21-470

Dear Judge Maddox:

    I write on behalf of the Government in the above-referenced case to respectfully request that the Court extend the deadline for United States Probation ("Probation") to file the final presentence report from May 16, 2025 to June 23, 2025 and, accordingly, adjust the due date for the preparation of the initial presentence report to May 23, 2025.  *See* ECF No. 227.  Sentencing is currently set for August 5, 2025 at 10:00 am.

    Due to the press of obligations from other matters, Government counsel has not yet had occasion to draft the facts proven at trial/anticipated guidelines and provide them to Probation.  Accordingly, the Government now seeks an extension of Probation's deadline to file the presentence report to allow the Government additional time to draft the facts proven at trial/anticipated guidelines.  The Government has conferred with Probation concerning this request; they agree to it.

    Accordingly, the Government respectfully requests that the Court extend the deadline for Probation to file the final presentence report from May 16, 2025 to June 23, 2025 and extend the deadline for the filing of the initial presentence report from April 21, 2025 to May 23, 2025.

Respectfully submitted,

Kelly O. Hayes  
United States Attorney

By:   /s/  
Paul A. Riley  
Joseph Wenner  
Assistant United States Attorneys

**APPROVED 4/4/25**  
**/S/ Matthew J. Maddox**  
**United States District Judge**

CC:  All Counsel (by ECF)