PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| Nichelle Henson | )   Case No.   0416 1:21CR00470-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above-named defendant's conditions of release:

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable
- Refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner
- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release

Assistant U.S. Attorney Paul Riley and Defense Counsel Justin Brown have no objections to these modifications. All other release conditions not inconsistent with this order shall remain in full force and effect.

_[signature]_     4/8/2025

Signature of U.S. Pretrial Services Officer     Date

_[signature]_     4/8/2025

Signature of Supervisory U.S. Pretrial Services Officer     Date

☑ The above modification of conditions of release is ordered, to be effective on 4/14/25 .

☐ The above modification of conditions of release is *not* ordered.

_[signature]_     4/14/25

Signature of Judicial Officer     Date
Judge Matthew J. Maddox